## HALL v. BAUM, CHAIRMAN OF STATE DEMO-CRATIC EXECUTIVE COMMITTEE OF TEXAS

No. 1218.   Decided February 27, 1970

*William H. Allen, John Vanderstar, John L. Hill, Henry D. Akin, Jr.,* and *Mark Martin* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## UNITED STATES ET AL. v. GIFFORD-HILL-AMERICAN, INC., ET AL.

No. 515.   Decided February 27, 1970

*Solicitor General Griswold* and *Assistant Attorney General McLaren* for the United States et al.

*Stanley E. Neely* for Gifford-Hill-American, Inc., and *Julian O. von Kalinowski* for United Concrete Pipe Corp., respondents.

PER CURIAM.

Upon consideration of the suggestion of mootness filed by the Solicitor General, and upon an examination of the entire record, the judgment of the United States Court of Appeals for the Fifth Circuit is vacated and the case is remanded to that court with instructions to dismiss the mandamus proceedings as moot.